**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 8, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00388-CV**

---

**IN RE CINDY AND ROBERT BYERS, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 23-DCV-310033**

---

## MEMORANDUM OPINION

On May 30, 2024, relators Cindy and Robert Byers filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Maggie Jaramillo, presiding judge of the 268th District Court of Fort Bend County, to

vacate the trial court's March 4, 2024 order granting defendant's motion for abatement.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.